UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| IN RE: | ) | CASE NO: 20-40720-659 |
|---|---|---|
| ARDETRIA COLE | ) | Chapter 13 |
| | ) | |
| | ) | Response Due: 06/23/2022 |
| | ) | Hearing: 06/30/2022  11:00 am |
| **Debtor** | ) | Location: St. Louis, Room 7 North |

NOTICE OF HEARING AND TRUSTEE'S MOTION TO INCREASE PLAN BASE

**PLEASE TAKE NOTICE:** The Motion herein is scheduled for hearing at the date and time shown above.

**WARNING: THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU.  IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE.  IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY.  YOU MUST FILE AND SERVE YOUR RESPONSE BY June 23, 2022.  YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED.  IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU.  IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. THE DATE IS SET OUT ABOVE.  UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEYS.**

Comes now Diana S. Daugherty, Standing Chapter 13 Trustee, and states as follows:

1. Ardetria Cole is a debtor under a Chapter 13 bankruptcy petition filed on February 11, 2020.
2. Debtor's confirmed plan requires a total paid in of $1,650 through July of 2020, then monthly payments to the Chapter 13 Trustee of $100 for 33 months.
3. As of May 31, 2022, Debtor is ahead in plan payments by $638.72 (more than 6 months).
4. The Trustee requests permission to increase the plan base by $638.72.

**WHEREFORE** the Chapter 13 Trustee prays that this Court enter an order increasing the plan base by $638.72 and for such other relief as the Court deems appropriate.

Dated: June 01, 2022                                /s/ Jennifer M. Pontus
                                                    Jennifer M. Pontus MO65660
MTNGENRIC--JMP                                      Attorney for Trustee
                                                    P.O. Box 430908
                                                    St. Louis, MO  63143
                                                    (314) 781-8100  Fax: (314) 781-8881
                                                    trust33@ch13stl.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically on June 01, 2022, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to those parties listed on the Court's Manual Notice List and listed below on June 01, 2022.

ARDETRIA COLE
499 BLUFF DR APT C
SAINT LOUIS, MO  63137

                                                    /s/ Jennifer M. Pontus
                                                    Jennifer M. Pontus MO65660